EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2021 TSPR 100 |
| Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales | 207 DPR ____ |

Número del Caso:  ER-2021-02

Fecha: 2 de julio de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Proyecto de Reglamento para el
Manejo de Fondos Cualificados
de Clientes en Cuentas de
Fideicomiso para Servicios
Legales

ER-2021-02

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de julio de 2021.

En reiteradas ocasiones hemos reconocido la importancia de reforzar el desarrollo de iniciativas para fomentar el acceso a la justicia, particularmente, de las personas en condiciones de vulnerabilidad. Entre los mecanismos empleados a nivel estatal en los Estados Unidos para lograr este objetivo se encuentra la implementación de los programas "Interest on Lawyers Trust Accounts" (IOLTA). Mediante estas cuentas se subvencionan programas a través de los cuales se ofrecen servicios legales a personas que no cuentan con los recursos para sufragar representación legal privada o miembros de comunidades pobres a quienes se le dificulta el igual acceso a la justicia.

Como es sabido, la primera declaración de política pública respecto a las cuentas IOLTA se estableció en la Ley Núm. 165-2013, según enmendada. Esta dispone que las abogadas, los abogados y las oficinas legales en Puerto Rico deberán mantener cuentas IOLTA de los depósitos cualificados, con el objetivo de proveer recursos "a organizaciones sin fines de lucro que provean representación legal gratuita en casos de naturaleza civil, de familia y administrativo a personas de escasos recursos económicos a tenor de los estándares federales de pobreza"; así como "a organizaciones sin fines de lucro

que brinden asesoría y asistencia legal para la prevención de ejecuciones de hipotecas residenciales a personas de escasos recursos".

Dado el desarrollo de esta iniciativa en otras jurisdicciones y en Puerto Rico, le encomendamos al Secretariado de la Conferencia Judicial y Notarial (Secretariado) la preparación de una propuesta de reglamentación que estableciera los parámetros aplicables al manejo de fondos de clientes sobre los cuales no exista expectativa de generar ingresos. En cumplimiento con esta encomienda, el Secretariado nos presentó un Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales (Proyecto de Reglamento de Cuentas IOLTA).

El 1 de marzo de 2019 autorizamos la publicación del Proyecto de Reglamento de Cuentas IOLTA para someterlo a un proceso de consulta antes de evaluarlo en sus méritos.[1] Se le instruyó al Secretariado indagar asuntos técnicos puntuales con personas representantes de los grupos relacionados a la ejecución y cumplimiento de la propuesta de reglamentación. A estos fines, se facultó a esa dependencia para coordinar y celebrar reuniones con representantes de la Fundación Fondo de Acceso a la Justicia, Inc. (FFAJ), entidades bancarias, cooperativas, así como entidades profesionales de abogados y abogadas, entre otros. Concedimos hasta el 12 de agosto de 2019 para que el Secretariado presentara un Proyecto de Reglamento revisado, considerando el insumo que recibiera durante la consulta.

En agosto de 2019, el Secretariado presentó una Moción informativa y de extensión del término para el cumplimiento de encomienda, acompañada con un informe preliminar en torno al Proyecto de Reglamento de Cuentas IOLTA. Examinada la solicitud del Secretariado en conjunto con los documentos anejados, y en vista de los asuntos novedosos planteados en el Proyecto de Reglamento de Cuentas IOLTA concedimos una extensión del término hasta el 31 de enero de 2020.[2] El Secretariado continuó su proceso de consulta para recibir el insumo de los distintos grupos y entidades con el propósito de revisar su propuesta de reglamentación, según instruido por este Tribunal. Recibida y examinada la última comparecencia del Secretariado en torno a la revisión del Proyecto de Reglamento de Cuentas IOLTA, damos por concluida la encomienda de preparar un proyecto de reglamentación independiente para regular el manejo de las cuentas IOLTA en Puerto Rico y se descarta esa alternativa.

---

[1] In re Manejo Cuentas Fid. Servs. Leg., 201 DPR 964 (2019).
[2] In re Manejo Cuentas Fid. Servs. Leg., 203 DPR 207 (2019).

Habida cuenta del compromiso del Poder Judicial con el acceso a la justicia, y en reconocimiento de que la política pública declarada en la Ley Núm. 165-2013, según enmendada, es cónsona con tal fin, se redefine la encomienda y se le instruye al Secretariado a que presente ante este Tribunal una propuesta que promueva la apertura y el mantenimiento voluntario de las cuentas IOLTA por la comunidad jurídica en Puerto Rico como parte del ordenamiento ético. Ello, dado el vínculo estrecho entre el propósito que persigue adelantar la apertura de las cuentas IOLTA con varios deberes éticos de la comunidad legal.

Al amparo de nuestro poder inherente para reglamentar la profesión de la abogacía en Puerto Rico, nos corresponde adoptar la normativa ética aplicable a la comunidad legal. En concordancia, la encomienda aquí delegada al Secretariado formará parte de su revisión del proyecto de Código de Conducta Profesional de Puerto Rico que está en proceso. Este Tribunal considerará de forma conjunta la propuesta integrada del Secretariado para regular las cuentas IOLTA y el cuerpo normativo ético revisado.

Notifíquese por correo electrónico a la Directora del Secretariado de la Conferencia Judicial y Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        José Ignacio Campos Pérez
                                     Secretario del Tribunal Supremo